UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GONZALO P. CURIEL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LAURA MEJIA-DELGADO,<br><br>        Defendants | Case No.:  16cr2312<br><br>ORDER CONTINUING MOTION HEARING |

    Defendant Laura Mejia-Delgado, by her counsel Robert H. Rexrode, Esq., with no objection from the government, moves to continue the motion hearing set for March 10, 2017.

    For the reasons stated in the motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial.  The Court finds that if the requested continuance were denied, Defendant would be

denied consideration of her request for diversion, which could result in a miscarriage of justice.

IT IS HEREBY ORDERED that the motion is granted. The motion hearing shall be continued to March 24, 2017 at 10:30 a.m. IT IS FURTHER ORDERED that the period of delay until March 24, 2017, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

Dated:  March 9, 2017

Hon. Gonzalo P. Curiel
United States District Judge