UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 24 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Laura Mejia-Delgado (1)<br><br>Defendant. | Case No. 16CR02312-GPC<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

_X_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__  the Court has dismissed the case for unnecessary delay; or

__  the Court has granted the motion of the Government for dismissal, without prejudice; or

__  the Court has granted the motion of the defendant for a judgment of acquittal; or
__  a jury has been waived, and the Court has found the defendant not guilty; or

__  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

21:852 and 960 – Importation of Methamphetamine (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 3/24/2017

_____
Hon. Gonzalo P. Curiel
United States District Judge